**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| Julio Trujillo Santoyo, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:16-cv-855 OLG |
| | § | (Consolidated Lead Case) |
| Bexar County, Texas, et al. | § | |
| | § | |
| | § | |
| Defendants. | § | |

### NOTICE OF APPEAL

Notice is hereby given that Julio Trujillo Santoyo, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from an order dismissing plaintiff's claims against certain federal defendants and denying plaintiff's motion to compel discovery entered in this action on the 18th day of October, 2017.

Respectfully submitted,

November 10, 2017

/s/ Juan Carlos Rodríguez
Juan Carlos Rodríguez
State Bar No. 24033007
juancarlos@dmcausa.com

Lance Curtright
State Bar No. 24032109
lance@dmcausa.com

DE MOTT, McCHESNEY, CURTRIGHT,
ARMENDARIZ, LLP
800 Dolorosa, Ste. 100
San Antonio, Texas 78207
Phone:        (210)354-1844
FAX:          (210)212-2116

Attorneys for Plaintiff